STATE OF CONNECTICUT *v.* BETHZAIDA PADUA

STATE OF CONNECTICUT *v.* WILFREDO CALVENTE

STATE OF CONNECTICUT *v.* MIRANDA
VIRGILIA CALVENTE

The Supreme Court docket number is SC 16916.

*Moira L. Buckley,* deputy assistant public defender,
in support of the petition.

*Michele C. Lukban,* assistant state's attorney, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* BETHZAIDA PADUA

STATE OF CONNECTICUT *v.* WILFREDO CALVENTE

STATE OF CONNECTICUT *v.* MIRANDA
VIRGILIA CALVENTE

The Supreme Court docket number is SC 16915.

*Michele C. Lukban,* assistant state's attorney, in support of the petition.

*Richard W. Callahan,* special public defender, and *Moira L. Buckley,* deputy assistant public defender, in opposition.

Decided January 22, 2003

STATE OF CONNECTICUT *v.* LUIS SOSTRE

*Sean K. Crowshaw,* special public defender, in support of the petition.

*Joseph T. Corradino,* senior assistant state's attorney, in opposition.

Decided January 22, 2003

BRIAN WASKO ET AL. *v.* JAMES MANELLA